1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HARRY JAMES OLIVAREZ,                    No.  2:16-cv-0576 CMK P

12              Petitioner,

13        v.                                  ORDER

14   WARDEN,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued

19   by the Fresno County Superior Court.  Fresno County is part of the Fresno Division of the United

20   States District Court for the Eastern District of California.  See Local Rule 120(d).

21        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22   division of a court may, on the court's own motion, be transferred to the proper division of the

23   court.  Therefore, this action will be transferred to the Fresno Division of the court.

24   /////

25   /////

26   /////

27   /////

28   /////

                                        1

1    Good cause appearing, IT IS HEREBY ORDERED that this action is transferred to the

2   United States District Court for the Eastern District of California sitting in Fresno; and all future

3   filings shall reference the new Fresno case number assigned and shall be filed at:

4            United States District Court
             Eastern District of California
5            2500 Tulare Street
             Fresno, CA 93721

6

7

8

9   Dated:  May 6, 2016

10                                                CRAIG M. KELLISON
                                                  UNITED STATES MAGISTRATE JUDGE

11

12   /md; oliv0576.109

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2